IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LES CHRISTOPHER BURNS,<br>    Plaintiff,<br><br>v.<br><br>JUETTE REYNOLDS,<br>    Defendant. | Civil Action No. 7:15cv00563<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Burns' complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and the Clerk shall STRIKE this action from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: December 1, 2015.

*Elizabeth K. Dillon*
United States District Judge